■ In the Matter of JAMES ROGERS, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of Department of Correctional Services, et al., Respondents. [595 NYS2d 343] —Determination unanimously confirmed and petition dismissed. Memorandum: Respondents' determination that petitioner was guilty of violating prison disciplinary rules 1.00 (7 NYCRR 270.2 [A]; violation of Penal Law), 113.12 (7 NYCRR 270.2 [B] [14] [iii]; conspiracy to sell controlled substances) and 114.10 (7 NYCRR 270.2 [B] [15] [i]; smuggling) is supported by substantial evidence *(see, Matter of Perez v Wilmot,* 67 NY2d 615). The misbehavior report and the testimony of Correction Officer Dunleavy were "sufficiently relevant and probative to support the findings of the hearing officer" *(Matter of Perez v Wilmot, supra,* at 616-617). There is no merit to petitioner's contentions regarding either the sufficiency of the misbehavior report *(see,* 7 NYCRR 251-3.1 [c] [1]; *Matter of Martin v Coughlin,* 173 AD2d 1039, 1040; *Matter of Vogelsang v Coombe,* 105 AD2d 913, 914, *affd* 66 NY2d 835) or his claimed denial of the right to conduct a proper defense.

Finally, contrary to petitioner's argument, the Superintendent's decision to revoke the visitation privileges of petitioner's wife was independent of the Tier III Superintendent's hearing and was not a part of respondents' determination now challenged *(see, Matter of Inman v Coughlin,* 156 AD2d 786,

787). (Article 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Contiguglia, J.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.